IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 20-61208-PMB |
| | ) | |
| CHAD LEE SHEEHY, | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | |
| | ) | |

TRUSTEE'S APPLICATION FOR APPOINTMENT OF ATTORNEY

COMES NOW, Neil C. Gordon, as Chapter 7 Trustee ("**Trustee**" or "**Applicant**") in the bankruptcy case (the "**Case**") of Chad Lee Sheehy ("**Debtor**"), and respectfully represents as follows:

1.

Applicant is the duly qualified and acting Trustee herein. To administer the Case in a proper, efficient, and economical manner, Applicant requires the services of legal counsel, and he wishes to the law firm of which he is a member, Arnall Golden Gregory LLP to be appointed to act as his attorneys in the Case.

2.

Applicant and other members and associates of said firm are admitted to practice in this Court, have knowledge and experience in bankruptcy practice and are well qualified to represent the Trustee in this matter. Attached as Exhibit "A" is the Bankruptcy Rule 2014 Verification of Arnall Golden Gregory LLP.

14729789v1

3.

The current hourly billing rates of the attorneys and paralegals who may render services in the Case are as follows:

| | | |
|---|---|---|
| 1. | Neil C. Gordon | $575.00 |
| 2. | Michael F. Holbein | $515.00 |
| 3. | Michael J. Bargar | $430.00 |
| 4. | William D. Matthews | $445.00 |
| 5. | Meghan Wells | $315.00 |
| 6. | Angela G. Ford | $210.00 |
| 7. | Nancy J. Overholtzer | $210.00 |
| 8. | Pamela E. Bicknell | $210.00 |
| 9. | Carol A. Stewart | $170.00 |

Depending on need for particular experience or the exigencies of the Case, other attorneys may also provide services. The above rates may be increased during the term of the proposed employment or if so awarded by the Court.

4.

Professional services for which counsel for the Trustee are necessary in this Case relate to the recovery of assets to be administered for the benefit of the bankruptcy estate (the "**Estate**"), including but not limited to, an investigation into the Debtor's personal injury claim arising from a gunshot wound.

Counsel will be needed for any (a) objection to any (i) motion to convert Case or (ii) motion to dismiss Case; (b) preparation of demand letters; (c) settlement negotiations; (d) legal research; (e) preparing, filing and prosecution of any (i) adversary proceeding (ii) motion to compel, (iii) motion for turnover, (iv) motion to settle, (v) motion to sell, (vi) claim objection, (vii) objection to exemptions, and (viii) other objections; and (f) other necessary services.

14729789v1

5.

The professional services, which may be rendered for which it is necessary that an attorney act may also include:

(a) Preparation of pleadings and motions and conducting of examinations incidental to the administration of the Estate;

(b) Services incidental to preservation and disposition of assets;

(c) Investigation, analysis, and appropriate action, if required, relative to any preference, fraudulent transfer, unperfected security interest, improper disposal of assets, prosecution of the Estate's claims, or pending litigation; and

(d) Any and all other necessary action incident to the proper preservation and administration of the Estate.

6.

To the best of Applicant's knowledge, said firm's acting as attorneys in the Case will be in the best interest of the Estate, because Applicant will be familiar with the Case and the trouble, expense, and delay inherent in acquainting and counseling other attorneys regarding operative facts may thus be avoided.

7.

To the best of Applicant's knowledge, said firm's acting as attorneys in the Case will be in the best interest of the Estate, Debtor, creditors, and other parties in interest. Except as otherwise disclosed herein and in the Bankruptcy Rule 2014 Verification of Neil C. Gordon, said firm does not hold or represent an interest adverse to the Estate, does not represent any creditor or other known interested party, and is a disinterested person under 11 U.S.C. § 327(a).

14729789v1

8.

In order to expedite the marshaling of the estate's assets, Arnall Golden Gregory LLP has heretofore performed certain professional services for the Estate or plans to perform such services, which may be rendered prior to the signing of any order upon this Application.

9.

Applicant proposes that said firm be compensated for its services in accordance with future orders of the Court based upon the criteria for professional compensation required by bankruptcy law.

WHEREFORE, Applicant prays that Arnall Golden Gregory LLP be authorized to act as Applicant's attorney in the Case and that such authorization continue if said firm should assist any successor Trustee.

RESPECTFULLY SUBMITTED,

By: /s/ Neil C. Gordon
Neil C. Gordon
State Bar No. 302387
Attorneys for Chapter 7 Trustee

Arnall Golden Gregory LLP
171 17th Street, N.W., Suite 2100
Atlanta, Georgia 30363-1031
Ph: (404) 873-8596 / Fax: (404) 873-8597
Email: neil.gordon@agg.com

4

14729789v1

EXHIBIT "A"

RULE 2014 VERIFICATION WITH REGARD TO
EMPLOYMENT OF ATTORNEYS

The undersigned hereby declares under penalty of perjury:

1. I am a partner with the law firm of Arnall Golden Gregory LLP, with offices at 171 17th Street, NW, Suite 2100, Atlanta, Georgia 30363 (the "**Firm**").

2. The Firm has been asked to represent Neil C. Gordon, as Chapter 7 Trustee ("**Trustee**") in the bankruptcy case of Chad Lee Sheehy ("**Debtor**"). To the best of my knowledge, the Firm has no professional, business, or other connection with the aforementioned Debtor, his creditors, or any party in interest in this case, except as set forth below. The Firm represents no interest which would be adverse to the estate of Debtor in connection with the matters upon which the Firm is to be engaged. Disclosure is made that the Firm has previously represented and does represent Trustee (in his capacity as a bankruptcy trustee) as a special or general counsel in unrelated matters.

3. The Firm will not expect or receive any compensation from the estate except upon application to and approval by the Bankruptcy Court after notice and hearing.

Dated this 4 day of March, 2020.

By: /s/ Neil C. Gordon
Neil C. Gordon
State Bar No. 302387

SWORN TO AND SUBSCRIBED before
me this 4th day of March, 2020.

Nancy J. Overholtzer
Notary Public
My commission expires: 03/09/2022

5

14729789v1

## CERTIFICATE OF SERVICE

This is to certify that I have this day served the foregoing *Trustee's Application for Appointment of Attorney* by depositing in the United States mail a copy of same in a properly addressed envelope with adequate postage affixed thereon to assure delivery to:

Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Danny Coleman
Coleman Legal Group, LLC
Suite 51
5755 North Point Parkway
Alpharetta, GA 30022

Chad Lee Sheehy
4380 Elvie Way
Hoschton, GA 30548

This 5 day of March, 2020.

/s/ Neil C. Gordon
Neil C. Gordon

6

14729789v1